# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN/SOUTHWESTERN DIVISION

In Re: Criminal Trial Docket
October 30, 2023

## ORDER

Pursuant to the directions of the Honorable Douglas Harpool, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate David P. Rush, October 4, 2023, at the times shown below. The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference. **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements. <u>Final plea agreements are to be signed prior to the conference or be ready for signature at the conference</u>.** Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing October 30, 2023.

All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

Regarding motions for continuance and possible changes of plea, it is

ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is December 4, 2023, shall file such motion in a timely fashion. **A motion for continuance which is filed after the Friday prior to the scheduled**

**pretrial conference shall be considered untimely.** A motion not timely filed will be summarily denied.

Likewise, absent a showing of very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied. Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action. It is further

ORDERED that counsel for a defendant whose case who wishes to plead guilty, shall immediately call the chambers of the Honorable David P. Rush to schedule the change of plea. If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

<u>Before Magistrate Judge David P. Rush</u>

**<u>October 4, 2023 @ 9:30 a.m.</u>**

| | | | |
|---|---|---|---|
| 23-03022-CR-S-MDH | | United States | Patrick Carney |
| | | v. | |
| -01 | | Patricia A. Mason | Ian Lewis |
| | | | |
| 23-03027-CR-S-BP | | United States | Cameron Beaver |
| | | v. | |
| -01 | | Adam Leslie Moore | Kristin Jones |
| | | | |
| 21-03013-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| -01 | | Alvan Allen | Kristin Jones |

| | | |
|---|---|---|
| 23-03086CR-S-MDH | United States | Stephanie Wan |
| | v. | |
| -01 | Carl Wesley Popejoy | Steven Berry |
| | | |
| 23-05027-CR-SW-MDH | United States | Casey Clark |
| | v. | |
| -01 | Aaron M. Blake | Marshall Miller |
| | | |
| 23-03067-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | James A. Scudder | Steven Berry |
| | | |
| 23-05028-CR-SW-RK | United States | Jim Kelleher |
| | v. | |
| -01 | Jimmy Lee Overton | Ian Lewis |
| | | |
| 23-03091-CR-S-BCW | United States | Stephanie Wan |
| | v. | |
| -01 | Jeffrey Scott Dixon | Paul Duchscherer |
| | | |
| 22-03058-CR-S-BCW | United States | Stephanie Wan |
| | v. | |
| -01 | John Anthony Carpenter | Brady Musgrave |

| | | |
|---|---|---|
| 22-03080-CR-S-BP | United States | Stephanie Wan |
| | v. | |
| -01 | Angela Kinyon | Paul Duchscherer |
| | | |
| 22-03082-CR-S-BP | United States | Stephanie Wan |
| | v. | |
| -01 | Robert Chad Walkup | Paul Duchscherer |
| | | |
| 22-03010-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Oliver Blount | Brady Musgrave |
| | | |
| 22-03101-CR-S-BP | United States | Stephanie Wan |
| | v. | |
| -01 | Michael Howard Collard | Steven Berry |
| | | |
| 22-05024-CR-SW-MDH | United States | Jessica Eatmon |
| | v. | |
| -01 | Billy Hile | Tom Carver |
| | | |
| 23-05009-CR-SW-BCW | United States | Stephanie Wan |
| | v. | |
| -01 | Bryon A. Keller | Brian Risley |

| | | |
|---|---|---|
| 23-03038-CR-S-BP | United States | Ami Miller |
| | v. | |
| -01 | Yevgeniy Dudko | Brian Risley |
| | | |
| 23-03033-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Tonikko Fewell | Steven Berry |
| | | |
| 22-03097-CR-S-BCW | United States | Jim Kelleher |
| | v. | |
| -01 | Walter Tyndal | Steven Berry |
| | | |
| 22-03130-CR-S-SRB | United States | Jim Kelleher |
| | v. | |
| -01 | Craig L. Johnson | Steven Berry |
| | | |
| 23-03030-CR-S-MDH | United States | Patrick Carney |
| | v. | |
| -01 | Omar Romero-Morales | Steven Berry |
| | | |
| 23-03040-CR-S-SRB | United States | Stephanie Wan |
| | v. | |
| -01 | Christopher Rich | Steven Berry |

| | | |
|---|---|---|
| 22-05030-CR-SW-MDH | United States | Cameron Beaver |
| | v. | |
| -01 | Shaeffer Bland Johnson | Steven Berry |
| | | |
| 22-05025-04-CR-SW-SRB | United States | Jessica Eatmon |
| | v. | |
| -04 | Dawn M. Killebrew | Alison Hershewe |
| | | |
| 22-05013-CR-SW-BCW | United States | Cameron Beaver |
| | v. | |
| -01 | Stephen Gauntt | Scott Pierson |
| | | |
| 23-03031-CR-S-MDH | United States | Casey Clark |
| | v. | |
| -01 | Phillip Alton | Branden Twibell |
| | | |
| 22-03105-CR-S-MDH | United States | Randy Eggert |
| | v. | |
| -01 | Walter Lee Hoornstra | Joe Passanise |
| | | |
| 19-03172-CR-S-BP | United States | Tony Brown |
| | v. | |
| -01 | Lyle S. Williams | Ian Lewis |

| | | | |
|---|---|---|---|
| 23-03001-CR-S-MDH | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Gevoni Rayon Brown | Erica Mynarich |
| | | | |
| 23-03048-CR-S-MDH | | United States | Jessica Eatmon |
| | | v. | |
| | -01 | Richard D. Sims | Brian Risley |
| | -02 | Tameica D. Everett | Marshal Miller |
| | -03 | Nathan K. Roth | Erica Mynarich |
| | -04 | Cody D. Martin | Kristin Jones |
| | -05 | Billie J. Sims | Kristie Pierce |
| | | | |
| 23-05016-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Eric Hedman | Erica Mynarich |
| | | | |
| 23-03052-CR-S-MDH | | United States | Jessica Eatmon |
| | | v. | |
| | -01 | Dirk J. Bedlion | Megan Chalifoux |
| | | | |
| 22-03083-CR-S-RK | | United States | Cameron Beaver |
| | | v. | |
| | -01 | Adan Balderas Flores | Joe Passanise |

| | | |
|---|---|---|
| 23-05005-CR-SW-RK | United States | Cameron Beaver |
| | v. | |
| -01 | Milan Alexander | Stuart Huffman |
| | | |
| 23-03045-CR-S-MDH | United States | Stephanie Wan |
| | v. | |
| -01 | Travis Tyler Isham | Shane Cantin |
| | | |
| 22-05038-CR-SW-BP | United States | Casey Clark |
| | v. | |
| -01 | Tucker L. Hall | Marshall Miller |
| | | |
| 23-03032-CR-S-MDH | United States | Jessica Eatmon |
| | v. | |
| -01 | Amanda J. Jones | Jason Coatney |
| | | |
| 23-03007-CR-S-BP | United States | Shannon Kempf |
| | v. | |
| -01 | Joshua T. Payne | John Kizer |
| | | |
| 23-05001-CR-S-BP | United States | Shannon Kempf |
| | v. | |
| -01 | James Livingston | James Hayes |

| | | | |
|---|---|---|---|
| 23-03061-CR-S-BP | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Marshun Pierre Stevens | Dakota Paris |
| | | | |
| 22-03142-CR-S-SRB | | United States | Cameron Beaver |
| | | v. | |
| | -01 | Rafael Solis | Marshall Miller |
| | | | |
| 22-03014-CR-S-BP | | United States | Jessica Eatmon |
| | | v. | |
| | -02 | Darrell L. Smith | Gary Wilson |
| | | | |
| 22-03031-CR-S-MDH | | United States | Cameron Beaver |
| | | v. | |
| | -01 | Saul Fernandez | Austin Knoblock |
| | | | |
| 21-03117-CR-S-BCW | | United States | Cameron Beaver |
| | | v. | |
| | -02 | Latrice Williams | Alison Hershewe |
| | | | |
| 20-03001-CR-S-SRB | | United States | Tony Brown |
| | | v. | |
| | -01 | Robert Robinson, III | Carl Cornwell |

| | | | |
|---|---|---|---|
| 22-03131-CR-S-BP | | United States | Patrick Carney |
| | | v. | |
| | -01 | David L. Carter | Mark Hammer |
| 23-03090-CR-S-SRB | | United States | Stephanie Wan |
| | | v. | |
| | 091 | Antwuan Lavell Looney, Sr. | Stuart Huffman |
| 23-03085-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Robert Norman Kennedy | Shane Cantin |
| 23-05026-CR-SW-BCW | | United States | Patrick Carney |
| | | v. | |
| | -01 | Lori G. Schaeffer | Celeste Johns |
| 23-05033-CR-SW-BCW | | United States | J.D. Hatcher |
| | | v. | |
| | -01 | Jason Daniel Gibson | Lacon Smith |
| 23-03088-CR-S-SRB | | United States | Patrick Carney |
| | | v. | |
| | -01 | Darwin Palma-Guerrero | Steven Berry |

| | | |
|---|---|---|
| 23-05029-CR-SW-SRB | United States | Jim Kelleher |
| | v. | |
| -01 | Tanner Enochs | Steven Berry |
| | | |
| 22-03140-CR-S-BP | United States | Cameron Beaver |
| | v. | |
| -01 | Michelle L. Schaedel | Alison Hershewe |
| -02 | Heath T. Huntoon | Abe McGull |

*/s/ David P. Rush*
DAVID P. RUSH
UNITED STATES CHIEF MAGISTRATE JUDGE

Date: September 18, 2023