IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:22-cr-03105-MDH-1 |
| ) | |
| WALTER LEE HOORNSTRA, ) | |
| ) | |
| Defendant, ) | |

## UNCONTESTED MOTION FOR CONTINUANCE OF THE PRE – TRIAL CONFERENCE TIME

COMES NOW Defendant, by and through Counsel Joseph S. Passanise of WAMPLER & PASSANISE and moves this Court for a continuance of the Pre -Trial Conference time that is scheduled for November 6, 2024, at 9:30 a.m. In support of this Motion for Continuance, the Defendant states as follows:

## LEGAL SUGGESTIONS

1. This cause has a Pre - Trial Conference set for November 6, 2024, and a Jury Trial Setting set for December 2, 2024.

2. Defense Counsel is presently in a jury trial in Christian County (State vs. Oral Bass – 15CT-CR00753-01) and is unable to appear in court at 9:30 a.m. but is available at 11:00 a.m. on November 6, 2024.

3. This continuance is not sought for the purpose of undue delay but is sought in truth and fact that the Defendant may be afforded due process of law under the Fifth Amendment to the United States Constitution and afforded effective assistance of counsel under the Sixth Amendment to the United States Constitution. In accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B)(I) and (IV),

it is submitted that the above-stated reasons for a continuance outweigh the best interests of the public and the Defendant to a speedy trial which is required by 18 U.S.C. § 3161(c)(1). In short, the procedural components that currently exist in this case necessitate a continuance to avoid a miscarriage of justice and/or to ensure that Walter Hoornstra has clear, meaningful, and effective access to counsel while preparing to resolve this case.

4. Defense Counsel has spoken with United States Attorney Randall Eggert and Trial Attorney Tanya Senanayake who does not object to the continuance of the pre- trial conference time and agrees to allow Defense Counsel to appear at 11:00 a.m. on November 6, 2024.

WHEREFORE, Defendant Walter Hoornstra, hereby moves that this case be continued from the pre-trial conference time of 9:30 a.m. on November 6, 2024, to 11:00 a.m. on November 6, 2024, by agreement if the court would be amenable to this request.

        Respectfully Submitted

        _____/s/Joseph Passanise_____
        JOSEPH S. PASSANISE, MO Bar #46119
        Attorney for Defendant

WAMPLER & PASSANISE
Attorneys at Law
2974 E. Battlefield
Springfield, MO 65804
joe@deewampler.com
PH: (417)882-9300
FAX: (417)882-9310

## Certificate of Service

     I hereby certify that on November 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the U.S. Attorney, Springfield, Missouri.

                                                /s/Joseph Passanise
                                                Joseph S. Passanise
                                                Attorney at Law