*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

## MINUTE SHEET

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Date:** November 6, 2024 |
| vs. | **Case No.:** 22-03105-CR-S-MDH |
| **WALTER LEE HOORNSTRA** | |

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Pretrial Conference

**Time Commenced:** 11:03 a.m.     **Time Terminated:** 11:14 a.m.

**APPEARANCES**

**Plaintiff:** Randy Eggert, AUSA
**Defendant:** Joe Passanise, Retained
**USPPTS:** _____

**Proceedings:** Parties appear as indicated above.  Defendant appears in person.

Parties announce they are proceeding with trial.  Case will remain on the December 2, 2024 Joint Criminal Trial Docket, and the parties would request that it be held the first week of the docket.

**Estimated Time Needed for Trial:  2-3 Days.**

**Defendant on bond.**

**Courtroom Deputy/ERO:** Jaime Hanna