IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **WALTER LEE HOORNSTRA**, <br><br> Defendant. | Case No. 22-03105-CR-S-MDH |

## MOTION TO DISMISS

COMES NOW the United States of America, by and through Teresa A. Moore, the United States Attorney for the Western District of Missouri, and the undersigned attorneys, and, pursuant to Rule 48(a) of the *Federal Rules of Criminal Procedure*, moves the Court to dismiss the Indictment in the above identified case without prejudice. On November 14, 2024, the government became aware of issues with a necessary and critical witness that it believes make it unlikely to obtain a conviction at trial. Therefore, the government submits that the interests of justice favor immediate dismissal of the case.

Respectfully submitted,

Teresa A. Moore
United States Attorney

By */s/ Randall D. Eggert*
Randall D. Eggert
Assistant U.S. Attorney
Missouri Bar No. 39404

United States Attorney's Office
Western District of Missouri
500 Hammons Tower
901 St. Louis Street
Springfield, Missouri 65806
(417) 831-4406

By */s/ Tanya Senanayake*
Tanya Senanayake
Trial Attorney
D.C. Bar No. 1006218

United States Department of Justice
National Security Division
Counterterrorism Section
950 Pennsylvania Ave., NW
Washington, DC 20530
202-514-0849

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on November 18, 2024, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                       */s/ Randall D. Eggert*
                                       **Randall D. Eggert**
                                       Assistant United States Attorney